**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with

Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**

**Chicago, Illinois 60604**

Submitted December 11, 2008[*]

Decided December 12, 2008

**Before**

JOHN L. COFFEY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

No. 07-4062

| | |
|---|---|
| MITCHELL M. OWENS, | Appeal from the United States District |
|    *Plaintiff-Appellant,* | Court for the Northern District of Illinois, |
| | Eastern Division. |
|    *v.* | |
| | No. 07 C 4961 |
| COUNTY, MUNICIPAL EMPLOYEES', | |
| SUPERVISORS' AND FOREMEN'S | Charles R. Norgle, |
| UNION, LOCAL 1001, | *Judge*. |
|    *Defendant-Appellee.* | |

**O R D E R**

Mitchell Owens sued his union alleging race discrimination in violation of Title VII, 42 U.S.C. § 2000e-2, and 42 U.S.C. §§ 1981 and 1983. The district court dismissed the complaint, finding that Owens's claims were barred by the applicable statute of limitations; that Owens failed to exhaust his administrative remedies; and that § 1983 protects

---

[*] After examining the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* FED. R. APP. P. 34(a)(2).

employees only from unlawful conduct by state actors, not private entities such as labor unions.

On appeal, Owens has submitted nothing more than a hodgepodge of documents including photocopies of receipts relating to his workers' compensation claim, earlier state court filings, medical records, EEOC paperwork, and a previously denied request for appointment of counsel. However, an appellate brief must contain legal argument, citation to legal authority, and a statement of the issues presented for review. FED. R. APP. P. 28(a)(9). And even pro se litigants must present identifiable arguments. *Anderson v. Hardman*, 241 F.3d 544, 545 (7th Cir. 2001). Nowhere does Owens address the district court's decision, or assert factual or legal error related to this suit. Accordingly, the appeal is DISMISSED.